**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHRISTOPHER BERNARD WEST                                        PETITIONER

v.                                   CASE NO. 5:08CV00292 JLH

LARRY NORRIS, Director of the
Arkansas Department of Correction                              RESPONDENT

## ORDER

        The Court has received proposed Findings and Recommendations from Magistrate Judge H.

David Young.  After careful review of those Findings and Recommendations, the timely objections

received thereto, and a *de novo* review of the record, the Court concludes that the Findings and

Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's

findings in all respects.  Judgment will be entered accordingly.

        IT IS SO ORDERED this 16th day of July, 2009.

                                         _____
                                         UNITED STATES DISTRICT JUDGE