## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER BERNARD WEST                                                           PETITIONER

v.                                          CASE NO. 5:08CV00292 JLH

LARRY NORRIS, Director of the
Arkansas Department of Correction                                                  RESPONDENT

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE